1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

MICHELLE K. GODFREY, Individually and
on Behalf of All Others Similarly Situated,,

Plaintiffs,

9   v.

10   REALPAGE, INC.; GREYSTAR REAL
ESTATE PARTNERS, LLC; LINCOLN
11   PROPERTY CO.; FPI MANAGEMENT, INC.;
MID-AMERICA APARTMENT
12   COMMUNITIES, INC.; AVENUE5
RESIDENTIAL, LLC; EQUITY
13   RESIDENTIAL; ESSEX PROPERTY TRUST,
INC.; THRIVE COMMUNITIES
14   MANAGEMENT, LLC; and SECURITY
PROPERTIES INC.,

15   Defendants.

No. 2:22-cv-01759

STIPULATED MOTION AND
ORDER SUSPENDING
DEADLINE FOR CERTAIN
DEFENDANTS TO RESPOND TO
COMPLAINT

16
17
18

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiff Michelle K. Godfrey

19   ("Plaintiff") and Defendants RealPage, Inc., Lincoln Property Co., FPI Management, Inc., Mid-

20   America Apartment Communities, Inc., Avenue5 Residential, LLC, Equity Residential, Essex

21   Property Trust, Inc., and Thrive Communities Management, LLC (collectively, the "Stipulating

22   Defendants"), by and through their respective counsel, hereby stipulate as follows:

23   WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") on December

24   13, 2022. ECF No. 1;

25   WHEREAS, Plaintiff served the Stipulating Defendants with process on or about March

26   16, 17, and 20, 2023;

27

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01759

WHEREAS, Plaintiff has not yet served defendant Security Properties Inc.;

WHEREAS, the Complaint asserts a claim under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s software;

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in United States District Courts in Arizona, California, Colorado, the District of Columbia, Florida, Massachusetts, Tennessee, Texas, and Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s software;

WHEREAS, on January 4, 2023, certain Stipulating Defendants and defendants named in other actions filed a motion pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multidistrict Litigation ("JPML") to transfer this case and several other cases to the U.S. District Court for the Northern District of Texas for consolidated pretrial proceedings, captioned *IN RE: RealPage, Inc., Rental Software Antitrust Litigation (No. II)* (*"In re: RealPage"*), MDL No. 3071 ("MDL Petition");

WHEREAS, on March 30, 2023, the JPML heard oral argument for the MDL Petition in *In re: RealPage*;

WHEREAS, Plaintiff and the Stipulating Defendants have conferred and agreed that, in light of the pending MDL Petition, the outcome of which will likely affect the procedural posture of this action, party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint;

WHEREAS, similar orders have been entered in other related cases subject to Defendants' MDL Petition, including: *Bertlshofer v. RealPage, Inc. et al.*, No. 2:23-cv-00018 (D. Ariz.), *Enders v. RealPage, Inc. et al.*, No. 1:23-cv-00055 (D. Colo.), *Mackie v. RealPage, Inc. et al.*, No. 1:23-cv-00011 (D. Colo.), *Weaver v. RealPage, Inc. et al*., No. 1:22-cv-03224 (D. Colo.), *Kramer v. RealPage, Inc. et al.*, No. 1:22-cv-03835 (D.D.C.), *Parker et al. v.*

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01759

*RealPage, Inc. et al.*, No. 1:23-cv-20160 (S.D. Fla.), *Precht v. RealPage, Inc. et al.*, No. 1:22-cv-12230 (D. Mass.), *White v. RealPage, Inc. et al.*, No. 1:22-cv-12134 (D. Mass), *Watters v. RealPage, Inc. et al.*, No. 3:22-cv-01082 (M.D. Tenn.), *Carter v. RealPage Inc. et al.*, No. 1:22-cv-01332 (W.D. Tex.), *Vincin v. RealPage, Inc. et al.*, No. 1:22-cv-01329 (W.D. Tex.), *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.), *Boelens v. RealPage, Inc. et al.*, No. 2:22-cv-01802 (W.D. Wash.), *Bohn et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01743 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Crook v. RealPage, Inc. et al.*, No. 2:23-cv-00054 (W.D. Wash.), *Hardie v. RealPage, Inc. et al.*, No. 2:23-cv-00059 (W.D. Wash.), *Johnson v. RealPage, Inc. et al.*, No. 2:22-cv-01734 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), *Pham et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01744 (W.D. Wash.), and *Silverman et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01740 (W.D. Wash.);

WHEREAS, in making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiff and the Stipulating Defendants stipulate and agree to suspend the deadlines for the Plaintiff to file an amended consolidated complaint, and for Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint, and request that the Court enter the subjoined order pursuant to this stipulation.

1

2          STIPULATED to this 6th day of April 2023

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

We certify that this memorandum contains 776 words, in compliance with the Local Civil Rules.

/s/ *Steve W. Berman*
Steve W. Berman (WSB No. 12536)
steve@hbsslaw.com
Breanna Van Engelen (WSB No. 49213)
breannav@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Counsel for Plaintiff Michelle K. Godfrey*
*Individually and on Behalf of All Others*
*Similarly Situated*

/s/ *Jessica B. Jensen*
Jessica B. Jensen (WSBA No. 29353)
jjensen@omwlaw.com
Mary Re Knack (WSBA No. 26945)
rknack@omwlaw.com
OGDEN MURPHY WALLACE, PLLC
901 5th Ave, Suite 3500
Seattle, WA 98164
Telephone: (206) 447-7000

/s/ *Gregory J. Casas*
Gregory J. Casas (*pro hac vice* forthcoming)
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (*pro hac vice* forthcoming)
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (*pro hac vice* forthcoming)
Becky.caruso@gtlaw.com

/s/ *Heidi Bradley*
Heidi Bradley (WSBA No. 35759)
hbradley@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, Washington 98104-2205
Telephone: (206) 337-6551

Darin Sands (WSBA No. 35865)
dsands@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201
Telephone: (503) 734-2480

/s/ *Stephen Weissman*
Stephen Weissman (*pro hac vice*)
sweissman@gibsondunn.com
Michael J. Perry (*pro hac vice* forthcoming)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Daniel G. Swanson (*pro hac vice* forthcoming)
dswanson@gibsondunn.com
Jay Srinivasan (*pro hac vice* forthcoming)
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen C. Whittaker (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01759

GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

*Counsel for Defendant Lincoln Property Co.*

/s/ Maren R. Norton
Maren R. Norton (WSBA No. 35435)
maren.norton@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:  (206) 624-0900

/s/ Charles H. Samel
Charles H. Samel (*pro hac vice* forthcoming)
Charles.samel@stoel.com
Edward C. Duckers (*pro hac vice* forthcoming)
Ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone:  (415) 617-8900

George A. Guthrie (*pro hac vice* forthcoming)
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone:  (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

/s/ Carl W. Hittinger
Carl W. Hittinger (*pro hac vice* forthcoming)
chittinger@bakerlaw.com
Alyse Stach (*pro hac vice* forthcoming)
astach@bakerlaw.com
Tyson Herrold (*pro hac vice* forthcoming)
therrold@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market St., Suite 3300
Philadelphia, PA 19103
Telephone:  (215) 568-2898

cwhittaker@gibsondunn.com

*Counsel for Defendant RealPage, Inc.*

/s/ Britt M. Miller
Britt M. Miller (*pro hac vice* forthcoming)
bmiller@mayerbrown.com
Daniel T. Fenske (*pro hac vice* forthcoming)
dfenske@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

/s/ Rebecca S. Ashbaugh
Rebecca S. Ashbaugh (WSBA No. 38186)
bashbaugh@ahbaughbeal.com
ASHBAUGH BEAL LLP
4400 Columbia Tower
Seattle, WA 98104
Telephone: (206) 386-5900

/s/ James Kress
James Kress (*pro hac vice* forthcoming)
James.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* forthcoming)
Paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone:  (202) 639-7700

Danny David (*pro hac vice* forthcoming)
Danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone:  (713) 229-1234

*Counsel for Defendant Avenue5 Residential, LLC*

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01759

6

Curt Roy Hineline (WSBA No. 16317)
chineline@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104
Telephone: (206) 33201380

*Counsel for Defendant Equity Residential*

/s/ *Benjamin I. VandenBerghe*
Benjamin I. VandenBerghe (WSBA No. 35477)
biv@montgomerypurdue.com
Kaya Lurie (WSBA No. 51419)
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone:  (206) 682-7090

*Counsel for Defendant Thrive Communities Management, LLC*

/s/ *Leo D. Caseria*
Leo D. Caseria (*pro hac vice* forthcoming)
lcaseria@sheppardmullin.com
Helen C. Eckert (WSBA No. 52405)
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

/s/ *Arman Oruc*
Arman Oruc  (*pro hac vice* forthcoming)
aoruc@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone:  (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01759

7

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential, LLC, Equity Residential, Essex Property Trust, Inc., and Thrive Communities Management, LLC to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended and shall be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

Dated this 7th day of April, 2023.

Robert S. Lasnik
United States District Judge